ANNE MANNING, as Administratrix, etc., Respondent, *v.* THE PORT HENRY IRON ORE COMPANY OF LAKE CHAMPLAIN, Appellant.

(Argued February 8, 1883 ; decided March 6, 1883.)

*M. D. Grover* for appellant.

*Samuel Hand* for respondent.

*Per curiam.* Mem. for affirmance on ground that evidence was sufficient to sustain verdict.

All concur.

Judgment affirmed.